IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INNOVATIVE STAFFING SOLUTIONS, Inc.<br>4041 Powder Mill Road, Suite 107<br>Beltsville, MD 20705<br>    a Maryland corporation | \*<br><br>\*<br><br>\* | Case No.:1:07-cv-01075 |
|     Plaintiff | \* | The Honorable Henry H. Kennedy |
| v. | \* | |
| GREATER SOUTHEAST COMMUNITY<br> HOSPITAL CORPORATION I<br>1310 Southern Avenue, SE<br>Washington, D.C. 20032,<br>    a Delaware corporation<br>and | \*<br><br>\*<br><br>\* | |
| ENVISION HOSPITAL CORPORATION<br>    f/k/a Doctors Community Healthcare<br>    Corporation, a Delaware corporation<br><br>6720 N. Scottsdale Road, Suite 275<br>Scottsdale, AZ 85253 | \*<br><br>\*<br><br>\*<br><br>\* | |
|     Defendants | \* | |

    \*    \*    \*    \*    \*    \*    \*    \*

**AFFIDAVIT OF SERVICE ON
ENVISION HOSPITAL CORPORATION
f/k/a Doctors Community Healthcare**

    I, Brooke Schumm III, state that I am over the age of 18 and I am the attorney of record for the Plaintiffs in the above captioned case.

I hereby certify that service was effected on June 25, 2007, because on the 22nd day of June, 2007, I caused the Complaint and Summons in this case to be served upon the registered agent for Defendant Delaware corporation, Envision Hospital Corporation (f/k/a Doctors Community Healthcare Corporation), by Federal Express overnight messenger for hand delivery on June 25, 2007, at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801, as shown by the attached Federal Express tracking information receipt which is attached.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing statement are true.

Date    13 July 2007                             /s/ /Brooke Schumm III/
                                                 Brooke Schumm III

Track Shipments
**Detailed Results**

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 862378355099 | **Reference** | INNOVATIVE |
| **Signed for by** | A.WATSON | **Delivered to** | Receptionist/Front Desk |
| **Ship date** | Jun 22, 2007 | **Service type** | Standard Pak |
| **Delivery date** | Jun 25, 2007 9:05 AM | **Weight** | 2.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 25, 2007 | 9:05 AM | **Delivered** | | |
| | 8:39 AM | On FedEx vehicle for delivery | NEW CASTLE, DE | |
| Jun 23, 2007 | 8:04 AM | At local FedEx facility | NEW CASTLE, DE | |
| | 8:04 AM | At local FedEx facility | NEW CASTLE, DE | Package not due for delivery |
| | 7:42 AM | At dest sort facility | PHILADELPHIA, PA | |
| | 5:19 AM | Departed FedEx location | NEWARK, NJ | |
| Jun 22, 2007 | 8:21 PM | Left origin | LINTHICUM HEIGHTS, MD | |
| | 6:43 PM | Picked up | LINTHICUM HEIGHTS, MD | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**        **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit