UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIVE STAFFING SOLUTIONS, INC.<br>4041 Powder Mill Rd, Suite 107<br>Beltsville, MD 20705<br><br>       *Plaintiff*,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY<br> HOSPITAL Corporation I<br>1310 Southern Avenue, S.E.<br>Washington, D.C. 20032<br><br>and<br><br>ENVISION HOSPITAL CORPORATION<br>6720 N. Scottsdale Road<br>Suite 275<br>Scottsdale, AZ 85253<br><br>       *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07-cv-01075(HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER TO COMPLAINT**

Comes Now Defendants, Greater Southeast Community Hospital Corporation I and Envision Hospital Corporation, by and through their undersigned counsel, and for their answer to the Compliant filed herein, respectfully state as follows:

    1.   Defendants admit the lawsuit seeks to collect an amount for "contract nursing services" as alleged in paragraph 1 of the Complaint; but said Defendants deny that the amount claimed is owed by them.

2. Defendants admit the allegations contained in paragraph 2 of the Complaint.

3. Defendants admit the allegations contained in paragraph 3 of the Complaint.

4. Defendants admit that Envision Hospital Corporation is a Delaware Corporation as alleged in paragraph 4 of the Complaint, but denies that it is a successor corporation to Doctors Community Healthcare Corporation; Defendants assert that there was merely a name change.

5. Defendants admit the allegations contained in paragraph 5 of the Complaint.

6. Defendants deny the allegations contained in paragraph 6 of the Complaint.

7. Defendants admit the allegations contained in paragraph 7 of the Complaint.

8. Defendants admit the allegations contained in paragraph 8 of the Complaint.

9. Defendants admit the allegations contained in paragraph 9 of the Complaint.

10. Defendants admit the allegations contained in paragraph 10 of the Complaint.

11. Defendants neither admit nor deny the allegations contained in paragraph 11 of the Complaint, but demand strict proof thereof.

12. Defendants admit that they received the demands allegation in paragraph 12 of the Complaint, but deny that payment is owed solely due to said demands.

13. Defendants neither admit nor deny the allegations contained in paragraph 13 of the Complaint, but demand strict proof thereof.

14. Defendants neither admit nor deny the allegations contained in paragraph 14 of the Complaint, but demand strict proof thereof.

15. Defendants admit that the provision cited in paragraph 15 of the Complaint is contained in the agreement to which Plaintiff makes reference.

16. Defendants admit that the provision cited in paragraph 16 of the Complaint is contained in the agreement to which Plaintiff makes reference; however, Defendants demand strict proof of the remaining allegations contained in said paragraph.

17. All allegations contained in the Complaint that have not been expressly admitted are hereby denied.

WHEREFORE, the premises considered, Defendant pray that this Honorable Court:

1. Dismiss Complaint, or in the alternative, grant judgment in favor of Defendants and against Plaintiff;

2. Award Defendants their attorneys' fees and costs in defending this action; and

3. Grant such other and further relief as it may deem just and proper.

> Respectfully Submitted,
> Law Office of Ronald C. Jessamy, PLLC
>
> _____
> Ronald C. Jessamy
> D.C. Bar No. 192898
> 1200 G Street, NW
> Suite 800
> Washington, DC 20005
> (202) 434-8358
> (2020 434-8359-Fax
> rjessamy@jessamylaw.com
>
> Counsel for Defendants
> *Greater Southeast Community Hospital*
> *Corporation I, and*
> *Envision Hospital Corporation*

## Certificate of Service

I hereby certify that on the 16th day of July 2007, a copy of the foregoing Answer to Complaint was served via Pacer to:

Brooke Schumm, III, Esquire
David B. Goldstein, Esquire
DANEKER, McINTIRE, SCHUMM, PRINCE
 GOLDSTEIN, MANNING & WIDMANN, P.C.
One North Charles Street
Baltimore, Maryland 21201

_____
Ronald C. Jessamy

4