IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIVE STAFFING SOLUTIONS, INC. <br><br> Plaintiff, <br><br> v. <br><br> GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I <br><br> and <br><br> ENVISION HOSPITAL CORPORATION <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:07-cv-01075 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT PRAECIPE

Defendants, Greater Southeast Community Hospital Corporation I and Envision Hospital Corporation, by and through their undersigned counsel, respectfully represent that counsel for the parties in the above-captioned case have conferred and agreed to an extension of time within which the Defendants must submit their opposition Plaintiff's summary judgment motions. If the parties have not reached a settlement by August 31, 2007, the Defendants' opposition to the motions must be submitted by that date.

Respectfully Submitted,

Daneker, McIntire, Schumm, Prince
 Goldstein Manning & Widmann, P.C.

/s/ David B. Goldstein
David B. Goldstein, Bar No. 414557
One North Charles Street
Baltimore, MD 21201
(410) 649-4761
dgoldstein@danmc.com
Counsel for Plaintiff

Law Office of Ronald C. Jessamy, PLLC

/s/ Ronald C. Jessamy
Ronald C. Jessamy, Bar No. 192898
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
(202) 434-8358
rjessamy@jessamylaw.com
Counsel for Defendants