IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIVE STAFFING SOLUTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I,<br><br>and<br><br>ENVISION HOSPITAL CORPORATION,<br><br>Defendants. | Case No. 1:07-cv-01075 (HHK) |

**CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S SUMMARY JUDGMENT MOTIONS**

**COME NOW** Defendants, Greater Southeast Community Hospital Corporation I and Envision Hospital Corporation, by and through their undersigned counsel, and respectfully move this honorable court for an order extending the time within which the Defendants must submit any opposition they may wish to make to Plaintiff's summary judgment motions until August 31, 2007. Counsel for Defendants has conferred with counsel for the Plaintiff. Counsel for Plaintiff advised the undersigned that they give their client's consent to the extension that is being requested. Further, counsel for the parties have agreed to endeavor to reach a settlement of the case between now and August 31, 2007.

Wherefore, the premises considered, Defendants pray that this Honorable Court enter an order extending the time within which they have to respond to Plaintiffs' motions for summary judgment to August 31, 2007.

Respectfully Submitted,
Law Office of Ronald C. Jessamy, PLLC

/s/ Ronald C. Jessamy
Ronald C. Jessamy, Bar No. 192898
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
(202) 434-8358
rjessamy@jessamylaw.com

Counsel for Defendants

Certificate of Service

I hereby certify that on the 6th[st] day of August 2007, a copy of the foregoing Consent Motion To Extend The Time For Defendants to Respond to Plaintiff's Motions For Summary Judgment was served by First Class mail, postage prepaid and/or via Pacer to:

Brooke Schumm, III, Esquire
David B. Goldstein, Esquire
DANEKER, McINTIRE, SCHUMM, PRINCE
 GOLDSTEIN, MANNING & WIDMANN, P.C.
One North Charles Street
Baltimore, Maryland 21201

/s/Ronald C. Jessamy
Ronald C. Jessamy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIVE STAFFING SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I,<br><br>and<br><br>ENVISION HOSPITAL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07-cv-01075 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Proposed Order

This matter is before the Court on Defendants Greater Southeast Community Hospital Corporation I and Envision Hospital Corporation's *Consent Motion To Extend The Time For Defendants To Respond To Plaintiff's Summary Judgment Motions,* and it appearing to the Court that good cause has been shown, it is therefore this _____ day of _____, 2007,

**ORDERED,** that the Defendants' motion is granted, and that the time for them to respond to Plaintiff's Motions for Summary Judgment be, and the same hereby is, extended to August 31, 2007.

_____
Henry H. Kennedy, Jr.
U.S. District Judge

Copies to:

Brooke Schumm, III, Esquire
David B. Goldstein, Esquire
DANEKER, McINTIRE, SCHUMM, PRINCE
 GOLDSTEIN, MANNING & WIDMANN, P.C.
One North Charles Street
Baltimore, Maryland 21201

Ronald C. Jessamy, Esquire
LAW OFFICE OF RONALD C. JESSAMY, PLLC
1200 G Street, N.W., Suite 800
Washington, D.C. 20005