UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATIVE STAFFING SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I, et al.,<br><br>Defendants. | Civil Action 07-01075  (HHK) |

**JUDGMENT**

Pursuant to FED. R. CIV. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 19th day of November, 2007 hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of plaintiff and against Greater Southeast Community Hospital Corporation I and Envision Hospital Corporation in the amount of $410,068.40 plus interest in the amount of $9,300.74 through July 12, 2007, plus per diem interest of $202.23 from July 12, 2007 through the date of final payment and attorney's fees of $138,391.82 plus the costs of this action.

Henry H. Kennedy, Jr.<br>
United States District Court