**RECEIVED**

DEC 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-901A
Rev. 7/90

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Innovative Staffing Solutions, Inc

Plaintiff(s)

vs

Greater Southeast Community Hospital Corporation I
Envision Hospital Corporation

Defendant(s)

CIVIL ACTION NO. 07-01075 (HHK)

**WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS**

To  Bank of America, N.A.

_____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on November 19, 2007 in the amount of Four Hundred Ten Thousand Sixty Eight 40/100 ($ 410,068.40) and the costs amounting to $ 138,391.82 Attorney Fees with interest at $9,300.74 + 202.23 per diem % from July 12, 2007 less credits of $ 0.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this 30th day of November, 2007.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

Brooke Schumm III (D.C. Bar #MD5001)

Attorney for Plaintiff
David B. Goldstein (D.C. Bar #414557)
Daneker, McIntire, Schumm, Prince,
Goldstein, Manning & Widmann, P.C.

One North Charles Street

Address & Telephone Number
Baltimore, MD 21201
(410) 649-4761

**Received On:**

NOV 30 2007

By: _____

C.C 3018011     1:34pm
(202) 448-3600

In person - delivery

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
ANSWER _No_

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
ANSWER _Bank of America is holding $1 4570.05 in Compliance with this Writ of Attachment_

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _11/30/07_                                          _____
                                                                            Garnishee

