IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INNOVATIVE STAFFING SOLUTIONS, Inc.<br>4041 Powder Mill Road, Suite 107<br>Beltsville, MD 20705<br>    a Maryland corporation | * | |
| | * | |
| | * | Case No.:1:07-cv-01075 |
|     Plaintiff | * | |
| | * | The Honorable Henry H. Kennedy |
| v. | * | |
| | * | |
| GREATER SOUTHEAST COMMUNITY<br> HOSPITAL CORPORATION I<br>1310 Southern Avenue, SE<br>Washington, D.C. 20032,<br>    a Delaware corporation<br>and | * | |
| | * | |
| | * | |
| | * | |
| ENVISION HOSPITAL CORPORATION<br>    f/k/a Doctors Community Healthcare<br>    Corporation, a Delaware corporation | * | |
| | * | |
| 6720 N. Scottsdale Road, Suite 275<br>Scottsdale, AZ 85253 | * | |
| | * | |
|     Defendants | * | |
| | * | |
| INNOVATIVE STAFFING SOLUTIONS, Inc<br>    Plaintiff, Garnishor | * | |
| v. | * | |
| BANK OF AMERICA, N.A. as Garnishee | * | |

\*    \*    \*    \*    \*    \*    \*    \*

**REPLY AND TRAVERSE CONTESTING GARNISHEE'S INITIAL ANSWER**

COMES NOW your Plaintiff, Innovative Staffing Solutions, Inc., by and through its

attorneys Brooke Schumm III, David B. Goldstein, and Daneker, McIntire, Schumm, Prince,

1

Goldstein, Manning, & Widmann, P.C., and for its reply to the Answer and for its contest to the

initial Answer of Bank of America, N.A. states:

1.    On a complaint to collect sums due for "contract nursing services" provided pursuant

to agreement with both Defendants to service patients at Greater Southeast

Community Hospital I, and further on Motion for Summary Judgment, this Court

entered a Judgment against both Defendants for the sum of $410,068.40 in principal

amount due, $9,300.74 of interest due through July 12, 2007, plus interest per diem

through the date of payment of $202.23, plus attorney's fees of $138,391.82

(hereafter Defendants referred to as "Judgment Debtors").

2.    On November 30, 2007, the judgment being unsatisfied, Plaintiffs requested from the

Court and received a Writ of Attachment on Judgment Other than Wages, Salary and

Commissions against both Judgment Debtors directed to Bank of America, N.A. as

Garnishee.

3.    The attachment recited the amount of judgment.

4.    The attachment was served upon Bank of America, N.A. at 1:34 p.m. on November

30, 2007 as acknowledged by a received signature on Exhibit A, and on Exhibit B

(Docket #12).

5.    The morning of this filing, Bank of America has amended its initial answer and

responded that it is holding $396,201.08.   See Exh. A and FEDEX envelope

transmitting same on behalf of Donna Poitevien from Bank of America, 1425 NW 62

St., Fort Lauderdale, Florida  33309.  The new Answer document has not been filed

with the Court.

2

6.      The initial Answer of the Bank alleged that the Bank was only holding $4,570.05.

7.      Plaintiff would traverse and contest the initial answer under D.C. Code §§15-522 and

15-553, but Plaintiff does not contest the Amended Answer upon filing.  On

December 13, 2007,  Plaintiff had been informed by Bank of America that in fact

Bank of America had and has and is holding a $350,000 certificate of deposit that is

in the name of Envision Hospital Corporation, and an account of Greater Southeast

Community Hospital Corporation I having approximately $40,000.00 in it.  On

information and belief, Greater Southeast Community Hospital Corporation I had a

payroll account at Bank of America.

8.      At present, as a result of a payment received by Plaintiff, the debt owed by

Defendants has been reduced to $147,692.56 plus interest per diem through date of

payment of $202.23 after July 12, 2007.  As of December 14, 2007, that amount for

155 days is $31,345,65.  The payoff for December 14, 2007 is $179,038.21.

9.      Plaintiff will contemporaneously file a Motion to reduce the Garnishment to

judgment in the amount owed as set forth in paragraph 8 based in the new Answer

transmitted to Plaintiff.

    WHEREFORE, Plaintiff as Garnishor prays the Court enter judgment on the Writ of

Attachment (garnishment) against Bank of America, N.A. in the amount of $147,692.56 plus

interest per diem through date of payment of $202.23 after July 12, 2007.

                                    __/s//Brooke Schumm III/_____
                                    Brooke Schumm III (D.C. Bar #MD5001
                                    David B. Goldstein, (D.C. Bar #414557)
                                    Daneker, McIntire, Schumm, Prince,
                                     Goldstein, Manning & Widmann, P.C.
                                    One North Charles Street

Baltimore, MD 21201
(410) 649-4761
Fax:  410-649-4758
bschumm@danmclaw.com

CERTIFICATE OF SERVICE

I certify that on this 14th day of December, 2007 I caused the above Motion to be served by electronic service upon

Ronald Charles Jessamy, Sr., Esq.
LAW OFFICES OF RONALD C. JESSAMY, PLLC
1200 G Street, N.W.
Suite 800
Washington, DC 20005

And by first class mail on

Rodney E. Coleman
Banking Center Manager
Bank of America, N.A., Mt. Vernon Banking Center
635 Massachusetts Ave., N.W.
Washington, D.C. 20001

Donna Poitevien
Bank of America
1425 NW 62 St.
Fort Lauderdale, Florida  33309

_____/s//Brooke Schumm III/_____
Brooke Schumm III

# EXHIBIT A

11/30/2007  14:33    2024483616                    MT>VERNON                              PAGE  01

CO-901A
Rev. 7/90

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Innovative Staffing Solutions, Inc

Greater Southeast Community Hospital
Corporation I
Envision Hospital Corporation

| Plaintiff(s) | vs | Defendant(s) |

CIVIL ACTION NO. __07-01075 (HHK)__
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To __Bank of America, N.A.__

_____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.
The Judgement against the defendant was entered on __November 19, 2007__ in the amount of
__Four Hundred Ten Thousand Sixty Eight 40/100__ ($ __410,068.40__ ) and the costs amounting to $
__138,391.82 Attorney Fees__ with interest at __$9,300.74 + 202.23per diem__ % from
__July 12, 2007__ less credits of $ __0__ .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.
Witness the Honorable Chief Judge of said Court, this __30th__ day of __November__
__2007__.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

Brooke Schumm III (D.C. Bar #MD5001)

Attorney for Plaintiff
David B. Goldstein (D.C. Bar #414557)
Daneker, McIntire, Schumm, Prince,
Goldstein, Manning & Widmann, P.C.

One North Charles Street

Address & Telephone Number
Baltimore, MD 21201
(410) 649-4761

**Received On:**

**NOV 30 2007**

By: _____
C.C. 30|8011                    1:34pm
(202) 448-3600
In person - delivery

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
ANSWER _____ *NO* _____
_____
_____
_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what? 
ANSWER *Bank of America is holding $396,201.08 in Compliance with this writ of Attachment.*
_____
_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: *11/30/07* _____        _____
                                                                        Garnishee



Insert airbill here ▼

FedEx | Ship Manager | Label 798829032255

Ext

From:  Origin ID: PPMA  (954)473-7168
DONNA POITEVIEN
BANK OF AMERICA
1425 NW 62 STREET

FORT LAUDERDALE, FL 33309

SHIP TO: (410)649-4761          BILL SENDER
DAVID GOLDSTEIN

1 N CHARLES ST

BALTIMORE, MD 212013740

Page 1 of 1

FedEx Urgent

136596 REV 2/06 MWI

Name
Company
Address
City, State, Zip
Telephone          FROM

TRK#
0201

FedEx.
TRK# 7988 2903 2255
0201

THU - 13DEC          A1

THU – 13 DEC  A1
PRIORITY OVERNIGHT

18-ODMA

BWI
MD-US
21201

Emp# 42041 13DEC07 BWIA

# EXHIBIT B



RECEIVED

DEC 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form CO 901 A
Rev. 7/90

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Innovative Staffing Solutions, Inc

_____
Plaintiff(s)

vs

Greater Southeast Community Hospital
Corporation I
Envision Hospital Corporation

Defendant(s)

CIVIL ACTION NO. 07-01075 (HHK)
## WRIT OF ATTACHMENT ON JUDGMENT
### OTHER THAN WAGES, SALARY AND COMMISSIONS

To   Bank of America, N.A. _____

_____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on __November 19, 2007__ in the amount of

Four Hundred Ten Thousand Sixty Eight 40/100 ($ 410,068.40 ) and the costs amounting to $

138,391.82 Attorney Fees with interest at $9,300.74 + 202.23 per diem % from

July 12, 2007 less credits of $ 0 .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this __30th__ day of __November__, 2007.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

Brooke Schumm III (D.C. Bar #MD5001)
_____
Attorney for Plaintiff
David B. Goldstein (D.C. Bar #414557)
Daneker, McIntire, Schumm, Prince,
   Goldstein, Manning & Widmann, P.C.

One North Charles Street
_____
Address & Telephone Number
Baltimore, MD 21201
(410) 649-4761

**Received On:**

**NOV 30 2007**

By: _____
C.C 301 8011        1:34pm
(202) 448-3600
In person - delivery

## INTERROGATORIES IN ATTACHMENT

### <u>NOTICE</u>

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

      The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

      If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.     Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

     ANSWER    *NO*

2.     Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

     ANSWER    *Bank of America is holding $1 4570.05 in Compliance with this Writ of Attachment*

      I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _11/30/07_                             _____
                                                  Garnishee