IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INNOVATIVE STAFFING SOLUTIONS, Inc. 4041 Powder Mill Road, Suite 107 Beltsville, MD 20705     a Maryland corporation | * * * | |
| Plaintiff | * | Case No.:1:07-cv-01075 |
| v. | * * | The Honorable Henry H. Kennedy |
| GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I 1310 Southern Avenue, SE Washington, D.C. 20032,     a Delaware corporation and | * * * | |
| ENVISION HOSPITAL CORPORATION     f/k/a Doctors Community Healthcare     Corporation, a Delaware corporation 6720 N. Scottsdale Road, Suite 275 Scottsdale, AZ 85253 | * * * | |
| Defendants | * * | |
| INNOVATIVE STAFFING SOLUTIONS, Inc     Plaintiff, Garnishor v. | * * | |
| BANK OF AMERICA, N.A. as Garnishee | * | |

\* \* \* \* \* \* \* \*

**SATISFACTION OF JUDGMENT AS TO ALL DEFENDANTS
AND AS TO GARNISHEE BANK OF AMERICA, N.A.**

The Plaintiff, Innovative Staffing Solutions, Inc., by and through its attorneys Brooke

Schumm III, David B. Goldstein, and Daneker, McIntire, Schumm, Prince, Goldstein, Manning,

1

& Widmann, P.C., states and requests that the Clerk and Court mark the judgment in the above case as PAID AND SATISFIED.

Any claim of Plaintiff against Bank of America, N.A. as Garnishee is waived, discharged and released as a result of Defendant Envision Health Corporation's payment of the remaining indebtedness due on the judgment.

No further action is required by the Court on the pending Writ of Attachment against Bank of America and the Writ should be released.

      __/s//Brooke Schumm III/_____
      Brooke Schumm III (D.C. Bar #MD5001
      David B. Goldstein, (D.C. Bar #414557)
      Daneker, McIntire, Schumm, Prince,
       Goldstein, Manning & Widmann, P.C.
      One North Charles Street
      Baltimore, MD 21201
      (410) 649-4761
      Fax:  410-649-4758
      bschumm@danmclaw.com

## CERTIFICATE OF SERVICE

I certify that on this 14th day of December, 2007 I caused the above Motion to be served by electronic service upon

Ronald Charles Jessamy, Sr., Esq.
LAW OFFICES OF RONALD C. JESSAMY, PLLC
1200 G Street, N.W.
Suite 800
Washington, DC 20005

And by first class mail on

Rodney E. Coleman
Banking Center Manager
Bank of America, N.A., Mt. Vernon Banking Center
635 Massachusetts Ave., N.W.
Washington, D.C. 20001

Donna Poitevien
Bank of America
1425 NW 62 St.
Fort Lauderdale, Florida  33309

                                              ____/s//Brooke Schumm III/_____
                                              Brooke Schumm III